

AVOS

FILED
JUL 10 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marsha Montgomery | Case No. 09-28476-A-7 |
| Debtor | |
| Marsha Montgomery | Adversary No. 09-2262-A |
| Plaintiff | Answer of Plaintiff, pro se, To Motion Permitting |
| Vs. | Educational Credit Management Corporation to |
| Department of Education | Substitute In As Real Party in Interest On Behalf of |
| California Student Aid Commission, Edfund | Defendant California Student Aid Commission |
| University of California San Diego. | |
| Defendants | |

I, Marsha Montgomery, Plaintiff pro se object to the substitution of defendants as this action would be prejudicial to the plaintiff. To change defendants in the middle of this proceeding is distracting and does not allow the plaintiff the right to confront the holder of the loan who has claimed to be the rightful debtor in so much as to garnish wages. In addition this loan was a government guaranteed loan. Educational Credit Management Corporation is a private company. This action would give this corporation all the rights and privileges of a government agency as well as those of a private debt collector.

I humbly request the court deny this motion and continue the proceeding as filed.

Respectfully submitted,                                Dated: 7/10/09

Marsha Montgomery

Plaintiff, pro se