UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Adversary Title :** | Montgomery v. Department of Education et al | **Case No :** 09-28476 - A - 7 |
| | | **Adv No :** 09-02262 - A |
| | | **Date :** 10/13/09 |
| | | **Time :** 09:00 |
| **Matter :** | [43] - Motion/Application to Dismiss United States - Department of Education [USA-1] Filed by Defendant Department of Education (kwis) | OPPOSED |
| **Judge :** | Michael S. McManus | |
| **Courtroom Deputy :** | Janet Larson | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | A | |

**APPEARANCES for :**
**Movant(s) :**
　　　Defendant's Attorney - Ana Maria Martel
　　　Defendant's Attorney - Barry Spitzer
**Respondent(s) :**
　　　Plaintiff - Marsha Anne Montgomery

MOTION was :
Dismissed without prejudice
Findings of fact/conclusions of law stated orally on record

The court will issue a minute order.