2009-02262
FILED
December 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002246832

2

BARRY H. SPITZER, State Bar #161525
LAW OFFICE OF BARRY H. SPITZER
1007 7th Street, Suite 200
Sacramento, California 95814

Telephone: (916) 442-9002
Facsimile:  (916) 442-9003

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARSHA ANNE MONTGOMERY,<br><br>            Debtor.<br><br>MARSHA ANNE MONTGOMERY,<br><br>            Plaintiff,<br>v.<br><br>DEPARTMENT OF EDUCATION, CALIFORNIA STUDENT AID COMMISSION, EDFUND and UNIVERSITY OF CALIFORNIA SAN DIEGO,<br><br>            Defendants. | CASE NO. 09-28476-A-7<br><br>ADVERSARY NO. 09-2262-A<br><br>**ORDER GRANTING MOTION TO DISMISS CASE WITHOUT PREJUDICE** |

The Motion to Dismiss Case Without Prejudice brought by Plaintiff Marsha Montgomery was scheduled came on for hearing on November 9, 2009 at 9:00 a.m. before the Honorable Michael S. McManus. Pursuant to local rule, the matter was decided without oral argument.

The Court having considered the Motion and evidence presented, the Court records and files herein, and with good cause appearing therefor,

/ / / /

/ / /

1

RECEIVED
November 25, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002246832

| | |
|---|---|
| 1 | |
| 2 | IT IS ORDERED that the Motion is granted and that the above-noted Adversary Proceeding is dismissed without prejudice. |
| 3 | Dated: December 01, 2009      By the Court |
| 4 | |
| 5 | |
| 6 | Michael S. McManus<br>United States Bankruptcy Judge |

ORDER GRANTING MOTION TO DISMISS CASE WITHOUT PREJUDICE

2